Return Date:  May 8, 2015
Return Time:  10:00 a.m.

Rosemarie E. Matera, Esq.
Kurtzman Matera, P.C.
Attorneys for Debtor
664 Chestnut Ridge Road
Spring Valley, New York 10977
(845) 352-8800
law@kmpclaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

In re:

Torosan Realty, LLC,                                    Chapter 11

                            Debtor                      Case No. 09-22879(RDD)

----------------------------------------------------------------x

**NOTICE OF MOTION FOR AN ORDER (i) PURSUANT TO 11 U.S.C. §§363(b), (f) and (m)
AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004 AUTHORIZING
AND APPROVING A PRIVATE SALE OF THE REAL PROPERTY LOCATED AT
139 SOUTH MAIN STREET, PORT CHESTER, NEW YORK, (ii) APPROVING
DISBURSEMENT OF FUNDS FROM BANKRUPTCY SALES
AND (iii) DISMISSING COMPLAINT**

PLEASE TAKE NOTICE, that the Application of Torosan Realty, LLC, the confirmed Chapter 11 debtor herein ("Debtor"), on file with the Clerk of the United States Bankruptcy Court, by and through its attorneys, Kurtzman Matera, P.C., will move before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601, on the 8th day of May, 2015 at 10:00 a.m., or as soon thereafter as counsel can be heard, for an order:  (i) authorizing and approving the private sale of real property owned by the Debtor and located at 139 South Main Street, Port Chester, New York; (ii) approving disbursement of the funds from this sale and the sale of the six (6) parcels of real property which occurred pursuant to an Order of this Court on May 8, 2014, as more fully set forth in the Debtor's Application; and (iii) dismissing Complaint filed by Bandito's Corp and removed to this Court.

PLEASE TAKE FURTHER NOTICE, that the Application is on file with the Clerk of the Bankruptcy Court on its electronic docket located on the Court's official Internet website, **www.nysb.uscourts.gov.**, or can be obtained by contacting Kurtzman Matera, P.C. at the mailing address, email address or telephone number above.

PLEASE TAKE FURTHER NOTICE that objections, if any, must be filed with the United States Bankruptcy Court, Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, and served upon and received by Kurtzman Matera, P.C. Attn: Rosemarie E. Matera, Esq., 664 Chestnut Ridge Road, Spring Valley, New York 10977, the Office of the United States Trustee, 201 Varick Street, New York, New York 10014, and any person that has filed a Notice of Appearance, no later than seven (7) days prior to the return date herein and shall conform with the Federal Rules of Bankruptcy Procedure.

Dated: Spring Valley, New York
      April 13, 2015

                                    Kurtzman Matera, P.C.
                                    Attorneys for Debtor


                                   /s/ Rosemarie E. Matera
                                   Rosemarie E. Matera, Esq.
                                   664 Chestnut Ridge Road
                                   Spring Valley, New York 10977